**FILED**

JUL 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Nazneen Sultana,                                )
                                                )
       Plaintiff,                             )
                                                )
v.                                              )     Civil Action No.   08 1299
                                                )
Shawn A. Khan,                                  )
                                                )
       Defendant.                             )

### MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. The plaintiff complains that the defendant has deprived her of her legal residence, but she has not identified any federal law under which this action arises and the Court is aware of none.

A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 C.F.R. §1332(a). Here, the parties both have addresses in Howard Beach, New York and do not appear to be diverse. Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: July 28, 2008

_____
United States District Judge

4